**Opinion issued February 23, 2023**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-22-00592-CV
_____

**SIGMAH HOME HEALTH, INC., Appellant**

**V.**

**MAXICARE THERAPEUTIC, LLC, Appellee**

On Appeal from the 434th District Court
Fort Bend County, Texas
Trial Court Case No. 21-DCV-284677

## MEMORANDUM OPINION

Appellant, Sigmah Home Health, Inc., has neither paid the required fees nor established indigence for purposes of costs. *See* TEX. R. CIV. P. 145; TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.208, 51.851(b), 51.941(a); Order, Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals,

and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). On September 12, 2022, appellant was notified that this appeal was subject to dismissal if appellate costs were not paid, or indigence was not established, by October 12, 2022. *See* TEX. R. APP. P. 42.3(b), (c). Appellant did not adequately respond.

Further, appellant has not paid or made arrangements to pay the fee for the preparation of the clerk's record. *See* TEX. R. APP. P. 37.3(b). On September 15, 2022, appellant was notified that this appeal was subject to dismissal if appellant did not submit written evidence that they had paid or made arrangements to pay the fee for the preparation of the clerk's record by October 14, 2022. *See* TEX. R. APP. P. 42.3(b), (c). Appellant did not adequately respond.

Accordingly, we dismiss the appeal for nonpayment of all required fees and want of prosecution. *See* TEX. R. APP. P. 42.3(b), (c), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Landau, Countiss, and Guerra.